```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                    Case No. 18-14613-jkf
Peter A. LoRe-Hebert                                                      Chapter 13
Catherine A. LoRe
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Lisa                  Page 1 of 2                  Date Rcvd: Aug 10, 2018
                               Form ID: 309I               Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
```
db/jdb         +Peter A. LoRe-Hebert,    Catherine A. LoRe,    205 Jefferson Court,    Quakertown, PA 18951-1418
tr             +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
14164024       +American Coradius Interna'l,    2420 Sweet Home Road,    Suire 150,    Buffalo, NY 14228-2243
14164026       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14164029        Cardmember Services (Slate),    PO Box 15298,    Wilmington, DE 19850-5298
14164031        Children's Hospital of Phila.,    PO Box 8500,    Philadelphia, PA 19178-7802
14164034       +Costco,   PO Box 34331,    Seattle, WA 98124-1331
14164035        Department of Education,    Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
14164036        Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14164037        Fedloan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14164038        Firstmark Services,    PO Box 82522,    Lincoln, NE 68501-2522
14164039       +JH Portfolio Debt Equity,    5757 Phantom Drive,    #225,    Hazelwood, MO 63042-2429
14164040       +KML Law Group, P.C.,    Kevin McDonald, Esq.,    BNY Independence Center,
                 701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
14164041        Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14164045       +Lehigh Valley Hospital,    ATTN: Billing Department,    1200 S. Cedar Crest Blvd.,
                 Allentown, PA 18103-6248
14164046        Lehigh Valley Physician Group,    PO Box 1754,    Allentown, PA 18105-1754
14164049        Navient,    Dept. of Education Loan Servicing,    PO Box 740351,    Atlanta, GA 30374-0351
14164052        Nelnet Loan Services,    3015 S. Parker Road,    Suite 400,    Indianapolis, IN 46240
14164053       +North Star Finance, LLC,    PO Box 498,    Hays, MT 59527-0498
14164054       +Pay Pal Credit,    PO Box 5138,    Timonium, MD 21094-5138
14164056      #+Penn Credit,    916 South 14th Street,    Harrisburg, PA 17104-3425
14164058       #Penn Credit Corp.,    PO Box 988,    Harrisburg, PA 17108-0988
14164064       +Transworld Systems,    27777 Inkster Road,    Farmington, MI 48334-5326
14164065       +Valley Prosthetics and Orthotics,    Cedar Crest Professional Park,    1255 S. Cedar Crest blvd.,
                 Blvd. # 1050,    Allentown, PA 18103-6281
14164070       +Wills Eye Hospital,    Business Office,    PO Box 829157,    Philadelphia, PA 19182-9157
14164071       +Wills Eye Ophthalmology Clinic,    PO Bos 827103,    Philadelphia, PA 19182-7103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dianamdixonesq@gmail.com Aug 11 2018 02:21:42      DIANA M. DIXON,
                 Dixon Law Offices,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901
smg             E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 11 2018 02:22:44      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14164025       +EDI: TSYS2.COM Aug 11 2018 06:08:00      Barclays Bank DE (Apple),    Laware,    PO Box 8803,
                 Wilmington, DE 19899-8803
14164027        EDI: CHASE.COM Aug 11 2018 06:08:00      Cardmember Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
14164028        EDI: CHASE.COM Aug 11 2018 06:08:00      Cardmember Services (Chase),    PO Box 15298,
                 Wilmington, DE 19850-5298
14164032       +EDI: CITICORP.COM Aug 11 2018 06:08:00      Citi Cards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
14164033       +EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Bank (Pay Pal),    c/O Bill Me Later, Inc.,
                 PO Box 182789,    Columbus, OH 43218-2789
14164047        E-mail/Text: camanagement@mtb.com Aug 11 2018 02:21:59      M&T Bank,
                 Lending Ser., Cust. Support,    PO Box 1288,    Buffalo, NY 14240-1288
14164050       +E-mail/Text: bgiron@ncsplus.com Aug 11 2018 02:21:56      NCS Plus, Inc.,    117 East 24th Street,
                 5th Floor,    New York, NY 10010-2937
14164048        E-mail/Text: Bankruptcies@nragroup.com Aug 11 2018 02:24:02      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
14170294        EDI: Q3G.COM Aug 11 2018 06:08:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14164061       +EDI: TENET.COM Aug 11 2018 06:08:00      St. Christopher's Hospital For Children,
                 160 Erie Avenue,    Philadelphia, PA 19134-1011
14164062        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank (Amazon),    ATTN: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14164063        EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank (Pay Pal),    ATTN: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14164066        EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Auto Finance,    PO Box 29704,
                 Phoenix, AZ 85038-9704
14164067       +EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Auto Finance,    1440 N.W. Vision R0ad,
                 Kansas City, MO 64118-4555
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2                  Date Rcvd: Aug 10, 2018
                              Form ID: 309I           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14178549       EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
14169025      +EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Bank, NA,    435 Ford Road, 3rd FL, Suite 300,
               Saint Louis Park, MN 55426-4938
14164068       EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Financial National Bank,    PO Box 10347,
               Des Moines, IA 50306-0347
14164069       EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Private Loan,    PO Box 5185,
               Sioux Falls, SD 57117-5185
                                                                                               TOTAL: 23
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM MILLER*R,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                Reading, PA 19606-2265
14164030*       Cardmember Services (Slate),    PO Box 15298,    Wilmington, DE 19850-5298
14164042*       Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14164043*       Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14164044*       Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14164051*      +NCS Plus, Inc.,    117 East 24th Street,    5th Floor,    New York, NY 10010-2937
14164055*      +Pay Pal Credit,    PO Box 5138,    Timonium, MD 21094-5138
14164057*      +Penn Credit,    916 South 14th Street,    Harrisburg, PA 17104-3425
14164059*       Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
14164060*       Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
                                                                                    TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
```
          DIANA M. DIXON    on behalf of Debtor Peter A. LoRe-Hebert dianamdixonesq@gmail.com
          DIANA M. DIXON    on behalf of Joint Debtor Catherine A. LoRe dianamdixonesq@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Peter A. LoRe–Hebert** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–0923 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Catherine A. LoRe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–5885 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 7/11/18 |
| Case number: | 18–14613–jkf | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                  12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Peter A. LoRe–Hebert | Catherine A. LoRe |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 205 Jefferson Court <br> Quakertown, PA 18951 | 205 Jefferson Court <br> Quakertown, PA 18951 |
| 4. | **Debtor's attorney** <br> Name and address | DIANA M. DIXON <br> Dixon Law Offices <br> 107 N. Broad Street <br> Suite 307 <br> Doylestown, PA 18901 | Contact phone 215–348–1500 <br><br> Email: dianamdixonesq@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM MILLER\*R <br> Interim Chapter 13 Trustee <br> 2901 St. Lawrence Avenue, Suite 100 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br><br> Email: ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 8/10/18 |

**For more information, see page 2**

Debtor  **Peter A. LoRe–Hebert**  and  **Catherine A. LoRe**                                                                                                            Case number **18–14613–jkf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 7, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/6/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/7/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $400.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/17/18** at **09:30 AM** , Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |