UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Peter A.G. LoRe-Hebert          Bankruptcy No. 18-14613
and
Christine A. LoRe
      Debtors          Chapter 13

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtors' Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation/Reimbursement in the amount of **$3,810.00** is **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$2,060.00,** which was paid by the Debtors prepetition.

4. Reimbursement of expenses in the amount of **$310.00** for the filing fee plus costs is allowed.

5. The total amount to be paid by the Trustee is **$1,750.00**.

**Date: May 16, 2019**

_____
**Judge Jean FitzSimon
United States Bankruptcy Judge
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299**